IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RIGOBERTO MENDOZA, | ) | 1:06cv0399 AWI DLB |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| | ) | REQUEST FOR EXTENSION |
| | ) | OF TIME AS MOOT |
| Plaintiff, | ) | |
| | ) | (Document 15) |
| vs. | ) | |
| | ) | |
| JO ANNE BARNHART, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On August 23, 2006, Plaintiff filed a stipulation and proposed order to extend time for filing his opening brief. Plaintiff believed the date that the opening brief was due to be August 14, 2006, and requested an extension to September 27, 2006. However, a review of the docket reveals that Plaintiff's opening brief is due on October 13, 2006, based upon the July 13, 2006, lodging of the Administrative Record.

Accordingly, as Plaintiff likely does not wish to *shorten* his time for filing an opening brief, his request is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  August 28, 2006                                /s/ Dennis L. Beck
3b142a                                               UNITED STATES MAGISTRATE JUDGE

1