IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MENDOZA,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE BARNHART, Commissioner,<br><br>Defendant. | 1:06cv0399 AWI DLB<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME AS MOOT<br><br>(Document 17) |

On August 29, 2006, Plaintiff filed a second stipulation and proposed order to extend time for filing his opening brief to September 27, 2006. The proposed order again sets forth incorrect dates. As explained in the August 28, 2009, order denying Plaintiff's first request, Plaintiff's opening brief is due on October 13, 2006. Accordingly, as Plaintiff likely does not wish to *shorten* his time for filing an opening brief, his request is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  August 30, 2006           /s/ Dennis L. Beck
3b142a                            UNITED STATES MAGISTRATE JUDGE

1