IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MENDOZA, ) | 1:06cv0399 AWI DLB |
| ) | |
| ) | ORDER VACATING |
| ) | AUGUST 30, 2006, ORDER |
| ) | (Document 18) |
| ) | |
| ) | ORDER GRANTING PLAINTIFF'S |
| ) | REQUEST FOR EXTENSION OF TIME |
| ) | (Document 17) |
| vs. ) | |
| ) | |
| JO ANNE BARNHART, Commissioner, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On August 29, 2006, Plaintiff filed a stipulation and proposed order to extend time for filing his confidential letter brief. The Court erroneously denied the request based on a prior request that was denied as moot. Accordingly, the Court VACATES the August 30, 2006, order. Plaintiff's request is GRANTED. Pursuant to the agreement of the parties, Plaintiff has until September 27, 2006, to file his confidential letter brief.

IT IS SO ORDERED.

Dated:   September 5, 2006                    /s/ Dennis L. Beck
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE

1