**ROBERT ISHIKAWA - 90621**
BROMBERG & ISHIKAWA
5707 North West Avenue
Fresno, California  93711
(559) 431-5700

Attorney for CHARLES BAILEY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RIGOBERTO MENDOZA,** | CASE NO.  1:06-CV-0399 AWI DLB |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME** |
| v | |
| **JO ANNE B. BARNHART, Commissioner of Social Security,** | |
| Defendant, | |

Plaintiff did not meet the deadline for sending plaintiff's confidential letter which was due September 27, 2006, and is therefore requesting that Plaintiff shall have until October 27, 2006 in which to send his confidential letter.

Dated:   October   18 , 2006           /s/ Robert Ishikawa
_____
ROBERT ISHIKAWA,
Attorney for Plaintiff, RIGOBERTO MENDOZA

Dated:   October   18  , 2006          /s/ Kimberly Gaab
_____
KIMBERLY GAAB
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **October 20, 2006**                     **/s/ Dennis L. Beck**
3c0hj8                                                         UNITED STATES MAGISTRATE JUDGE