IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MENDOZA,<br><br>vs.<br><br>JO ANNE BARNHART, Commissioner,<br><br>Defendant. | 1:06cv0399 AWI DLB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME<br>(Document 22) |

On January 8, 2007, the parties filed a stipulation to extend time for Plaintiff to file his opening brief. Plaintiff's order is GRANTED. Pursuant to the agreement of the parties, Plaintiff has until February 5, 2007, to file his opening brief.

IT IS SO ORDERED.

Dated:  **January 22, 2007**            **/s/ Dennis L. Beck**
3b142a                                                 UNITED STATES MAGISTRATE JUDGE

1