1  **ROBERT ISHIKAWA - 90621**
   Bromberg & Ishikawa
2  5707 N. West Avenue
   Fresno, California 93711
3  Telephone: (559) 431-5700

4  Attorney for Rigoberto Mendoza

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                           EASTERN DISTRICT OF CALIFORNIA

8

9  RIGOBERTO MENDOZA,                    )    1:06-CV-00399 AWI  DLB
                                          )
10                 Plaintiff,             )
                                          )    STIPULATION AND ORDER TO
11         v.                             )    EXTEND TIME
                                          )
12  JO ANNE B. BARNHART,                  )
    Commissioner of Social Security,      )
13                                        )
                   Defendant.             )
14  _____ )

15         Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due

16  February 5, 2007, and is therefore requesting additional time in which to file his opening

17  brief until March 5, 2007.

18

19  Dated: February _5_, 2007            /S/ ROBERT ISHIKAWA
                                         _____
20                                       ROBERT ISHIKAWA
                                         Attorney for Plaintiff, RAMON TIJERA
21
    Dated: February _5_, 2007            /S/ NANCY LISEWSKI
22                                       _____
                                         NANCY LISEWSKI
23                                       Assistant U.S. Attorney

24

25
           IT IS SO ORDERED.
26
         **Dated:   February 13, 2007**         **/s/ Dennis L. Beck**
27  9b0hie                                 UNITED STATES MAGISTRATE JUDGE

28

                                             1