IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MENDOZA, ) | 1:06cv0399 LJO DLB |
| ) | |
| Plaintiff, ) | ORDER GRANTING FINAL |
| ) | EXTENSION OF TIME |
| ) | |
| ) | (Document 27) |
| vs. ) | |
| ) | |
| JO ANNE BARNHART, Commissioner, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On March 9, 2007, Plaintiff filed a stipulation and proposed order to extend time for filing his opening brief. This is Plaintiff's *fifth* request for an extension of time relating to this action, two of which concerned his confidential letter brief. The Court has granted Plaintiff two prior extensions to file his opening brief.

In the current request, Plaintiff asks that the Court extend his time for filing his opening brief to April 9, 2007. The Court GRANTS this request. **However, this is the final extension of time. If Plaintiff does not file his brief by April 9, 2007, the Court will issue an order to show cause why the action should not be dismissed for Plaintiff's failure to follow the Court's order.**

IT IS SO ORDERED.

Dated:   **March 14, 2007**              **/s/ Dennis L. Beck**
9b0hie                                    UNITED STATES MAGISTRATE JUDGE

1