IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MENDOZA, | 1:06cv0399 LJO DLB |
| Plaintiff, | ORDER GRANTING FINAL EXTENSION OF TIME |
| vs. | (Document 27) |
| MICHAEL J. ASTRUE, Commissioner, | |
| Defendant. | |

On March 14, 2007, the Court granted Plaintiff a final extension of time for filing his opening brief. The Court explained that the request was Plaintiff's *fifth* request for an extension of time relating to this action, and specifically stated:

> **However, this is the final extension of time. If Plaintiff does not file his brief by April 9, 2007, the Court will issue an order to show cause why the action should not be dismissed for Plaintiff's failure to follow the Court's order.**

In disregard of this order, Plaintiff filed another request for an extension of time on April 11, 2007, requesting until May 9, 2007, to file his opening brief. There is no mention of the Court's March 14, 2007, order.

1

1   Accordingly, Plaintiff is ordered to show cause why this action should not be dismissed for
2 his failure to follow the Court's March 14, 2007, order.  Plaintiff is ORDERED to file a written
3 response to this Order to Show Cause within twenty (20) days of the date of this Order.
4   Failure to do so will result in a recommendation that this action be dismissed.

6   IT IS SO ORDERED.
7   Dated:   **April 19, 2007**            **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

2