IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MENDOZA, ) | 1:06cv0399 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER DISCHARGING |
| ) | ORDER TO SHOW CAUSE |
| ) | |
| ) | (Document 30) |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| Defendant. ) | |

On April 5, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On April 19, 2007, the Court issued an Order to Show Cause why the action should not be dismissed for Plaintiff's failure to heed the Court's prohibition against requesting another extension of time for filing his opening brief.

On May 3, 2007, Plaintiff filed his opening brief. Although he did not respond to the order to show cause, the Court DISCHARGES the order to show cause.

IT IS SO ORDERED.

Dated:  May 4, 2007                    /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

1