# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RIGOBERTO MENDOZA, | ) | 1:06cv399 LJO DLB |
| | ) | |
| Plaintiff, | ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) ) | (Document 34) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) ) | |

Plaintiff filed his complaint for review of the final decision of the Commissioner of Social Security on April 5, 2006.

On September 25, 2007, the Magistrate Judge issued Findings and Recommendation that the appeal be GRANTED and the case BE REMANDED for further proceedings. This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within fifteen (15) days of the date of service of the order. Over fifteen (15) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.      The Findings and Recommendation issued September 25, 2007, is ADOPTED IN

3                FULL; and

4        2.      The appeal is GRANTED and the case is REMANDED for further proceedings.

5                Judgment shall be entered for Plaintiff Rigoberto Mendoza and against Defendant

6                Michael J. Astrue.

7        The clerk is directed to close this action.

10   IT IS SO ORDERED.

11   **Dated:    October 15, 2007**              /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE