**ROBERT ISHIKAWA, #90621**
Attorney at Law
5713 N. West Avenue, Suite 101
Fresno, CA  93711
Ph. (559) 432-9600
Fax (559) 432-9609
email: bob@ishikawalaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MENDOZA ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> MICHAEL ASTRUE, ) <br> Commissioner of Social Security ) <br> ) <br> Defendant(s). ) <br> ) <br> _____ ) | Case No: 1:06-CV-0399 LJO DLB <br><br> **STIPULATION AND ORDER AWARDING EAJA ATTORNEY FEES** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($4,500.00).  This amount represents compensation for legal services rendered on behalf of plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412 (d).

//

//

//

1

1     This stipulation constitutes a compromise settlement of plaintiff's request for EAJA
2 attorney fees and does not constitute an admission of liability on the part of defendant under the
3 EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from
4 and bar to any all claims, rights, causes of action, liens or subrogated interest relating to attorney's
5 fees incurred in this action under EAJA.

6     The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's
7 counsel from seeking attorney fees under 42 U.S.C. § 406 of the Social Security Act, subject to the
8 offset provisions of the law.

                                      Respectfully submitted,

Dated: 12/06/07                  /s/ Robert Ishikawa
                                   Robert Ishikawa
                                   Attorney for Plaintiff

Dated: 12/06/07
                                   McGregor W. Scott
                                   United States Attorney

Dated: 12/06/07                  /s/ Nancy Lisewski
                                   (as per telephonic approval)
                                   Nancy M. Lisewski
                                   Special Assistant U.S. Attorney

    IT IS SO ORDERED.

    **Dated:**   **December 17, 2007**              **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE